[No. 4707.]

THE FORT COLLINS DEVELOPMENT RAILWAY COMPANY
v. HOYT.

**Appellate Practice—Judgments—Eminent Domain.**

In a proceeding to condemn a right of way for a railroad, where a judgment was entered upon the verdict of a jury from which an appeal was taken, and the judgment was subsequently vacated, there was no final judgment from which an appeal would lie.

*Appeal from the County Court of Larimer County.*
*Hon. J. M. Mills, Judge.*

Mr. GEORGE W. BAILEY, for appellant.

Mr. L. R. RHODES and Mr. PAUL W. LEE, for appellee.

Mr. JUSTICE MAXWELL delivered the opinion of the court:

This was a proceeding under the eminent domain act, to condemn a right of way for a railway company.

The issues presented by the pleadings were tried to a jury which returned a verdict in favor of respondent, appellee here.

From the record herein it appears that a judgment was entered upon the verdict, from which this appeal was taken, which judgment was subsequently vacated.

It therefore appearing that no final judgment has been rendered by the court below in this case, this court is without jurisdiction to entertain this appeal, and the same must be dismissed.

*Appeal dismissed.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE GUNTER concurring.